JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE RAY McKINLEY, ) | Case No. EDCV 13-879-VBF (OP) |
| ) | |
| ) | J U D G M E N T |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| R.T.C. GROUNDS, Warden, ) | |
| ) | |
| ) | |
| Respondent. ) | |

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: June 12, 2013

HONORABLE VALERIE BAKER FAIRBANK
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge